# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. OSBURN, et al., | Case No. 1:18-cv-00310-LJO-SAB |
| Plaintiffs, | ORDER SETTING HEARING ON DEFENDANTS' MOTION TO DISMISS FOR JUNE 20, 2018 |
| v. | |
| ONEWEST BANK, et al., | (ECF No. 33) |
| Defendants. | |

    Plaintiffs Ronald M. Osburn and Sadie M. Osburn filed this action on March 3, 2018. On April 9, 2018, Defendants filed a motion to dismiss which has been referred to the undersigned. On this same date, the parties filed a stipulation to continue the hearing on the motion to dismiss.

    Accordingly, the hearing on Defendants' motion to dismiss is set for hearing before the undersigned on June 20, 2018, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **April 13, 2018**

UNITED STATES MAGISTRATE JUDGE

1