# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. OSBURN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ONEWEST BANK, et al.,<br><br>Defendants. | Case No. 1:18-cv-00310-LJO-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANT ONEWEST BANK PURSUANT TO NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 39) |

Plaintiffs Ronald M. Osburn and Sadie M. Osburn filed this action on March 3, 2018. On April 23, 2018, Plaintiffs filed a notice of voluntary dismissal of Defendant Onewest Bank without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). The Ninth Circuit has held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment. Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Commercial Space Mgmt. Co., Inc., 193

1

F.3d at 1078.  In this action, Defendant Onewest Bank has not filed an answer or motion for summary judgment.

     Accordingly, the Clerk of the Court is HEREBY ORDERED to terminate Defendant Onewest Bank in this action pursuant to the notice of voluntary dismissal.

IT IS SO ORDERED.

Dated: **April 24, 2018**

                                                 UNITED STATES MAGISTRATE JUDGE