# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. OSBURN, et al., | Case No. 1:18-cv-00310-LJO-SAB |
| Plaintiffs, | ORDER GRANTING APPLICATION TO HEAR MOTION TO AMEND ON SHORTENED TIME |
| v. | |
| ONEWEST BANK, et al., | (ECF No. 42) |
| Defendants. | |

Defendants in this matter filed a motion to dismiss on April 9, 2018, that is set for oral argument on June 20, 2018. Plaintiff filed a motion to amend and an application to hear the motion on shortened time on June 6, 2018. Plaintiffs seek to have their motion to amend heard on June 13, 2018.

Plaintiffs' counsel states that she notified Defendants on June 4, 2018, that she planned to set the hearing on June 13, 2018 and no response has been received. The Court does note that Defendants filed the motion to dismiss on April 9, 2018, therefore, pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs' amended complaint was due within 21 days. Fed. R. Civ. P. 15(a)(1)(B). On April 12, 2018, the parties stipulated to continue the hearing on the motion to dismiss due to Plaintiff's counsel's pregnancy. On April 23, 2018, Plaintiffs' counsel informed defense counsel that she intended to file an amended complaint.

Plaintiff states that she was in and out of the hospital from April 23, 2018, through April

30, 2018, and was hospitalized from May 4, 2018 until May 10, 2018 for the birth of her son. Plaintiff first attempted to amend the complaint and file it on May 28, 2018. On May 29, 2018, Plaintiff requested a stipulation to amend the complaint from Defendants and the request was denied.

The motion to dismiss has been pending since April 9, 2018, and the Court declines to further continue the hearing. The Court shall grant Plaintiffs' request to hear the motion to amend on shortened time, but to allow Defendants an opportunity to file an opposition, the hearing shall be heard on June 20, 2018, at the same time as Defendants' motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' application to hear a motion to amend on shortened time is GRANTED;
2. Oral argument on the motion to amend is set for June 20, 2018, at 10:00 a.m. in Courtroom 9;
3. Defendants' opposition to the motion to amend shall be filed on or before June 13, 2018; and
4. Plaintiffs' reply, if any, shall be filed on or before June 15, 2018.

IT IS SO ORDERED.

Dated: **June 6, 2018**

_____
UNITED STATES MAGISTRATE JUDGE