LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Meagan S. Tom (SBN 273489)
meagan.tom@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendants
Ocwen Loan Servicing, LLC; Deutsche Bank National
Trust Company, as Trustee for IndyMac Indx 2006-AR11;
Western Progressive Trustee, LLC dba Western Progressive, LLC;
and Mortgage Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD OSBURN, an individual, and SADIE OSBURN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ONEWEST BANK, A DIVISION OF CIT BANK, N.A. (A/K/A CIT BANK, N.A.), DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR INDYMAC INDX 2006-AR11; OCWEN LOAN SERVICING LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WESTERN PROGRESSIVE, LLC and DOES 1 through 150, inclusive,<br><br>Defendants. | CASE NO.: 1:18-cv-00310-LJO-SAB<br><br>**DECLARATION OF MEAGAN S. TOM IN SUPPORT OF OPPOSITION TO MOTION FOR LEAVE TO AMEND**<br><br>Date: June 20, 2018<br>Time: 10:00 a.m.<br>Dept.: Courtroom 4, 7th Floor<br><br>Complaint Filed: March 3, 2018 |

I, Meagan S. Tom, declare:

1. I am an attorney at law licensed to practice in the State of California and an attorney at the law firm Locke Lord LLP, counsel of record for defendants Ocwen Loan Servicing, LLC,

1

Deutsche Bank National Trust Company, as Trustee for IndyMac Indx 2006-AR11, Western Progressive Trustee, LLC dba Western Progressive, LLC, and Mortgage Electronic Registration Systems, Inc. ("Defendants"). I make this declaration based on my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. On May 30, 2018, Plaintiffs Ronald and Sadie Osburn's counsel, Catarina M. Benitez, provided me with a copy of the proposed amended complaint. After review, I advised Ms. Benitez that my client could not stipulate to the proposed amended complaint, as I believed that it did not address the majority of the deficiencies raised in Defendants' Motion to Dismiss, which I laid out in the email. In addition, I advised Ms. Benitez that if she were to provide a revised proposed amended complaint that addressed the deficiencies raised the Motion, I would be willing to review and reconsider in order to avoid additional motion practice. Plaintiff's counsel declined, and advised that she would file the instant motion instead. A true and correct copy of the email exchange is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 13, 2018.

*/s/ Meagan S. Tom*
MEAGAN S. TOM