# EXHIBIT A

**Tom, Meagan**
___

| | |
|---|---|
| **From:** | Catarina M. Benitez <catarina@benitezlawfirm.com> |
| **Sent:** | Wednesday, May 30, 2018 6:05 PM |
| **To:** | Tom, Meagan |
| **Subject:** | Re: Osburn |

Given that it does not appear that there is an agreement, I do not have a choice but to file for leave to amend.

Catarina M. Benitez
Attorney at Law
475 Bullard Avenue
Clovis, CA 93612

******

110 North D Street
Madera, CA 93638
Telephone: (559) 472-7337
Facsimile:  (559) 579-1100

www.benitezlawfirm.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail is intended only for the personal and confidential use of the recipient's named above and is legally privileged. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is STRICTLY PROHIBITED. If you have received this e-mail in error, please notify us immediately by forwarding this email to info@benitezlawfirm.com or by telephone to (559) 472-7337 and destroy the original transmission without reading or saving it in any manner. Thank you.

FOR YOUR PROTECTION: You should carry out your own virus check before opening any attachment. We accept no liability for any loss or damage that may be caused by software viruses or interception/interruption of this e-mail.

EMAIL COMMUNICATIONS: Please be advised that important notices and time sensitive materials may not be presumed to have been received or reviewed by our office. You should always confirm proper delivery and attention to each email by talking directly to the responsible attorney on each matter.

On Wed, May 30, 2018, 4:24 PM Tom, Meagan <Meagan.Tom@lockelord.com> wrote:

> Hi Catarina,

After reviewing the proposed FAC, I do not believe it has addressed the majority of the issues raised in the Motion to Dismiss.  From what I can tell, the only significant revisions relate to removal of Cit Bank as a defendant, any references to the transfer of the Loan to a Securitized Trust after the Trust's closing date, removal of the 4th cause of action, and removal of the time barred TILA claims.   These revisions do not adequately address most of the issues raised in the Motion to Dismiss.

Specifically, as noted in the Motion, Plaintiffs cannot challenge the assignment of their loan as a matter of law.  Further, Plaintiffs' fraud and negligent misrepresentation claims lack any factual allegations demonstrating any justifiable reliance or resulting damage, or even any intent to defraud.  Plaintiffs' wrongful foreclosure claim also remains deficient because it is premature, given that no foreclosure sale has taken place.  Similarly, Plaintiffs' quiet title action also remains deficient  because they do not allege they have tendered the entire amounts owed under the Loan (and based on their numerous bankruptcy filings and continued default, they cannot demonstrate an ability to do so) – even though there is a conclusory reference to attempts to tender, there are no factual allegations demonstrating they have done so.   Plaintiffs' cancellation of instrument claim also remains deficient since there are no allegations to support a claim of prejudice.  Furthermore, as noted in both the Motion and the Opposition to the OSC for preliminary injunction, Plaintiffs' breach of contract claim fails as Plaintiffs had breached the Deed of Trust prior to 2016, when Plaintiffs allege Ocwen purportedly breached the Deed of Trust.  With respect to Plaintiffs' TILA claim, Plaintiffs fail to allege facts to demonstrate actual damages, given that the monthly payment amounts are not required under Section 1638(f)(1).  Finally, with respect to the UCL, Plaintiffs continue to lack standing to bring such a claim, and additionally, Plaintiffs have failed to demonstrate there are entitled to restitution, injunctive relief or attorney's fees (which are not recoverable under UCL).

Given the above, I am afraid I cannot stipulate to allow Plaintiffs to file the first amended complaint as is, as we will be right back to where we are (with a Motion to Dismiss pending).  However, if you were to provide a revised FAC that adequately addresses the above so that we can avoid further motion practice with the Court, I am willing to take a look and reconsider.

Thanks,

Meagan

**Meagan S. Tom**
Attorney
**Locke Lord LLP**

44 Montgomery St., Suite 4100
San Francisco, CA 94104
T: 415-318-8816
F: 415-723-7095

meagan.tom@lockelord.com

**From:** Catarina M. Benitez [mailto:catarina@benitezlawfirm.com]
**Sent:** Wednesday, May 30, 2018 11:51 AM
**To:** Tom, Meagan
**Subject:** Osburn

Please let me know if this worked.

Catarina M. Benitez
Attorney at Law
475 Bullard Avenue
Clovis, CA 93612

\*\*\*\*\*\*

110 North D Street
Madera, CA 93638
Telephone: (559) 472-7337
Facsimile:  (559) 579-1100

www.benitezlawfirm.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail is intended only for the personal and confidential use of the recipient's named above and is legally privileged. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is STRICTLY PROHIBITED. If you have received this e-mail in error, please notify us immediately by forwarding this email to info@benitezlawfirm.com or by telephone to (559) 472-7337 and destroy the original transmission without reading or saving it in any manner. Thank you.

FOR YOUR PROTECTION: You should carry out your own virus check before opening any attachment. We accept no liability for any loss or damage that may be caused by software viruses or interception/interruption of this e-mail.

EMAIL COMMUNICATIONS: Please be advised that important notices and time sensitive materials may not be presumed to have been received or reviewed by our office. You should always confirm proper delivery and attention to each email by talking directly to the responsible attorney on each matter.

_____

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.

4