# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. OSBURN, et al., | Case No. 1:18-cv-00310-LJO-SAB |
| Plaintiffs, | ORDER STRIKING PLAINTIFFS' REPLY |
| v. | (ECF No. 46) |
| ONEWEST BANK, et al., | Deadline: 5:00 p.m. |
| Defendants. | |

On June 15, 2018, Plaintiffs filed an unsigned reply to Defendants' opposition to a motion to amend. (ECF No. 46.) Unsigned documents cannot be considered by the Court, and the reply is HEREBY STRICKEN from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b). Plaintiffs shall file a signed reply by the close of business.

IT IS SO ORDERED.

Dated: __**June 20, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE

1