# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. OSBURN, et al., | Case No. 1:18-cv-00310-LJO-SAB |
| Plaintiffs, | ORDER DISMISSING CASE |
| v. | |
| OCWEN LOAN SERVICING LLC, et al., | |
| Defendants. | |

On June 22, 2018, Magistrate Judge Stanley A. Boone issued findings and recommendations regarding Defendants' motion to dismiss Plaintiffs' complaint. ECF No. 50. Judge Boone recommended the dismissal of Plaintiff's complaint for failure to state a claim, but granted in part Plaintiffs' request for leave to amend the complaint. *Id.* Neither party objected to those findings and recommendations. On July 27, 2018, this Court issued an order adopting the findings and recommendations in full, and giving Plaintiff ten days to file an amended pleading. ECF No. 54. That ten-day period lapsed on August 6, 2018. To date, Plaintiff has not filed an amended pleading or a request for an extension. Therefore, this case is DISMISSED for failure to prosecute and failure to obey the Court's order. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 7, 2018**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1